# UNITED STATES DISTRICT COURT

ROBERT C. HEINEMANN  
CLERK

JAMES GIOKAS  
CHIEF DEPUTY

EASTERN DISTRICT OF NEW YORK

PLEASE REPLY TO:

☒ BROOKLYN OFFICE  
U.S. COURTHOUSE  
225 CADMAN PLAZA EAST  
BROOKLYN, NEW YORK 11201

☐ LONG ISLAND OFFICE  
UNITED STATES DISTRICT COURT  
100 FEDERAL PLAZA  
CENTRAL ISLIP, NEW YORK  
11722-4438

Clerk of Court  
USDC for District of Massachusetts  
2300 United States Courthouse  
One Courthouse Way  
Boston, MA 02210-3002

Re: Donald Oliver Stoute, Jr. v.  
Ms. Beatriz E. Van Meek, et.a  
Our Case No: 04-CV-1749(CBA)(LB)

**04 10940 MEL**

Your Case No:_____

Pursuant to the order of _____ Judge Lois Bloom _____

transferring the above-referenced proceeding, the following documents are herewith enclosed:

| | |
|---|---|
| X | Certified copy of order of transfer |
| X | Certified copy of docket entries |
| X | Entire File |
| ___ | Other: _____ |

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Yours truly,

ROBERT C. HEINEMANN  
Clerk of Court

By: _____  
Deputy Clerk

Wieslawa Latka-Mucha 5/10/2004

Encl.  
As Stated

cc: Case File

_____        _____  
Received By                                    Date

NPROSE, CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01749-CBA-LB
Internal Use Only

04 10940 MEL

Stoute v. Van Meek et al
Assigned to: Judge Carol B. Amon
Referred to: Magistrate-Judge Lois Bloom
Cause: 42:1983 Civil Rights Act

Date Filed: 04/26/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Donald Oliver Stoute, Jr.**          represented by  **Donald Oliver Stoute, Jr.**
189 East 18th Street
Apt. #6E
Brooklyn, NY 11226
718-287-6011
PRO SE

V.

**Defendant**
-----------------------

**Beatriz E. Van Meek,** *Ms.*

**Steven Kelly,** *Mr.*



**Felix Claxton,** *Mr.*

**Bryon Testa,** *Mr.*

**State of Massachusetts**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2004 | 1 | COMPLAINT against Felix Claxton, Steven Kelly, State of Massachusetts, Bryon Testa, Beatriz E. Van Meek Summons not issued., filed by Donald Oliver Stoute Jr.. (Attachments: # 1 Civil Cover Sheet)(Villanueva, William) (Entered: 04/29/2004) |
| 04/26/2004 | 2 | MOTION for Leave to Proceed in forma pauperis by Donald Oliver Stoute Jr.. (Villanueva, William) (Entered: 04/29/2004) |
| 04/26/2004 | 3 | Notice of Related Case Assignment (Villanueva, William) (Entered: 04/29/2004) |
| 04/26/2004 |   | ** Non Prisoner ProSe Flag Set (Villanueva, William) (Entered: 04/29/2004) |
| 05/10/2004 | 4 | TRANSFER ORDER: Since all of the dfts in this action are alleged to reside in Massachusetts and since pltf does not allege or suggest that any of the events or omissions giving rise to this action occurred in this district, this case should be transferred to the USDC for the District of Massachusetts. Whether pltf should be permitted to proceed w/o payment of fees is reserved for the transferee court. The Clerk of Court is directed to mark this case closed. So Ordered. (Signed by Judge Lois Bloom on 5/5/2004) C/M *Case transferred out to USDC for the District of Massachusetts; Entire case file with documents numbered 1-4, and certified copy of Transfer Order and docket sheet. (Latka-Mucha, Wieslawa) (Entered: 05/10/2004) |
| 05/10/2004 | 5 | CERTIFICATE OF SERVICE as to Clerk of Court, |

United States District Court for the District of Massachusetts. FedEx Tracking #: 8435 9020 4692. (Latka-Mucha, Wieslawa) (Entered: 05/10/2004)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
DONALD OLIVER STOUTE, JR.,
STATE OF NEW YORK,

             Plaintiff

  -against-

MS. BEATRIZ E. VAN MEEK,
MR. STEVEN KELLY,
MR. FELIX CLAXTON,
MR. BRYON TESTA,
STATE OF MASSACHUSETTS,[1]

             Defendants.
----------------------------------------------------------x

04 10940 MEL

TRANSFER ORDER
04-CV-1749 (CBA)(LB)

FILED
IN CLERKS OFFICE
U.S. DIST……    N.Y.
MAY 1 0 2004
P.M. _____
A.M. _____



**BLOOM, United States Magistrate Judge:**

Plaintiff, Donald J. Stoute, Jr., a resident of Brooklyn, New York, brings this pro se action pursuant to 42 U.S.C. § 1983 against various Massachusetts parole officers and officials who allegedly violated his Fourth Amendment right to be free from unreasonable seizures. The complaint, which specifically alleges that all defendants are residents of the State of Massachusetts, invokes both federal question and diversity jurisdiction. Complaint, ¶¶ 2, 3.

Under 28 U.S.C. § 1391(b),

> [a] civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

---

[1] Although this caption appears to name the State of Massachusetts as a defendant in this action, other portions of the complaint indicate that plaintiff does not intend to sue the State but only to highlight the diversity of citizenship between himself and the defendants. The State is not listed as a defendant in the body of the complaint and the caption also appears to name the State of New York as a plaintiff, despite that fact that the complaint consistently refers to "plaintiff" in the singular.

Since all of the defendants in this action are alleged to reside in Massachusetts and since plaintiff does not allege or suggest that any of the events or omissions giving rise to this action occurred in this district, this case should be transferred to the United States District Court for the District of Massachusetts. See 28 U.S.C. §§ 101, 1391(b), 1406(a). Whether plaintiff should be permitted to proceed further without payment of fees is reserved for the transferee court. The Court offers no opinion on the merits of the action.

The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Massachusetts. That provision of Rule 83.1 of the Local Rules of the Eastern District of New York which requires a five-day delay is waived. A summons shall not issue from this Court and, upon the transfer of the case, the Clerk of Court is to mark this case closed.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: May 5, 2004
       Brooklyn, New York

2

Clerk's Office
United States District Court
Eastern District of New York

## NOTICE OF RELATED CASE ASSIGNMENT

Civil action  04  CV  1747  was assigned to Judge  Amon  and Magistrate Judge  Bloom  as related to  98-3239  on  4/26/04 .

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc:   Chambers of Assigned Judge and Magistrate Judge
      Case File



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DONALD OLIVER STOUTE Jr.,
STATE of NEW YORK



CV- 04 1749

Plaintiff

-vs-

Ms. BEATRIZ E. VaN MEE,
MR. STEVEN KELLY,
MR. FELIX CLAXTON,
MR. BRYON TESTA,
STATE of MASSACHUSETTS    Defendant(s)

AMON, J.
OM, M.J

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

APR 2 6 2004

I, DONALD OLIVER STOUTE Jr., am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   (NOT EMPLOYED)

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
   a) June-2003 to September-2003  b) $1500 per Month

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
   MARATHON STAFFING GROUP $4500, Public Assistance

   a) Are you receiving any public benefits?       ☐ No ☒ Yes, $147.00

   b) Do you receive any income from any other source?   ☒ No ☐ Yes, $ _____



4. Do you have any money, including any money in a checking or savings account? If so, how much?

   (NO) NONE

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No   ☐ Yes, NONE

6. List the person(s) that you pay money to support and the amount you pay each month.

   NONE

7. Do you pay for rent or for a mortgage? If so, how much each month?

   (NO) NONE

8. State any special financial circumstances which the Court should consider.

   Plaintiff"s School Loan, Bank Loans, Credit Cards,

   Car Loan,and all other personal bills arein de-fault

   since September 2nd 2003 till date.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: April 26th 2004                          _____
                                                        (signature)

rev. 7/2002

ʃED STATES DISTRICT COURT
TERN DISTRICT OF NEW YORK
-----------------------------------X
DONALD OLIVER STOUTE Jr.,
STATE OF NEW YORK

               PLAINTIFF,

  -against-

MS. BEATRIZ E. Van MEEK,
MR. STEVEN KELLY,
MR. FELIX CLAXTON,
MR. BRYON TESTA,
STATE OF MASSACHUSETTS
¢_____Defendant(s).___X

CV 04 1749

AMON, J

COMPLAINT :
PLAINTIFF DEMANDS A TRIAL
BY JURY

OM M.J

1. At all times hereinafter mentioned, Plaintiff was and still is a resident of 189 east 18th street (Apt.#6-E) Brooklyn, New York 11226.

2. Defendant, MS. Beatriz E. Van Meek, is a resident of the State of Massachusetts, assigned in the capacity of a Legal advisor to the Massachusetts Parole Board, Executive Office of Public Safety, at 45 Hospital road building 1, Medfield Massachusetts 02052.
   a) Defendant Steven Kelly, is a resident of the state of Massachusetts, in the capacity of a Hearing Parole Examinor assigned to (MCI) Massachusetts Correctional Institution, at 965 ELM Street, Concord, Massachusetts, 01742 .
   b) Defendant, Felix Claxton, is a resident of the State of Massachusetts, A Parole Officer assigned in the capacity of supervisor at Worcester Parole Office, 332 Main Street Suite#201, Worcester, Massachusetts, 01608.
   c) Defendant, Bryon Testa, is a resident of the State of Massachusetts, in the capacity of a Parole Officer, at 332 Main Street, suite #201, Worcester, Massachusetts 01608.

3. The Jurisdiction of this Court is Invoked pursuant to
  (a)  Article 28 U.S.C.A.§1332 Diversity of Citizenship; amount in contraversy; cost
  (b)  Article 42 U.S.C.A. §!(*# Civil Action for Deprivation of Rights, statute Dec. 29th 1979, 93 statute 1284, Pub. law 104-317 title III SEC. 309(c) Oct. 19th 1996, 110 statute 3853).

4. The Defendants herein mentioned aboved, did deprived the Plaintiff Donald Oliver Stoute Jr., of the right to be free from unreasonable zeizures guaranteed by both Federal and State Constitutions (see: U.S. const. 4th, New York Const. Art.1 ) Remains involate.

t is beyond dispute that an individual upon aquiring his status as a Paroled Parolee, does not relinquish all Constituional Guaranteed rights(see: Morrissey v. Brewer, 408 U.S. 471, 487-89; 92 S.ct. 1756, 36L.Ed. 655 ).

5. WHEREFORE, plaintiff demands:

Money damages in the amout of $165,000 ¢ .00 ¢ Permanent injunction against the Defendants from performing certain acts in the future.

   a) Placing plaintiff under any type of Electronical Monitoring except an order is given by a state or Federal Judge to do so.

   b) To give plaintiff his choice of Substance Abuse treatment as required.

And any further relief which this Court may deem Just and appropriate.

_____

189 East 18th Street (Apt.#6E)
Brooklyn, New York 11226
TELEPHONE # (718) 287-6011